this order, with notice of entry thereof, upon defendants' attorney. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ADALBERT GREINER et al. v. JOSEPH GERSHMAN et al.— Motion denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ GERTRUDE VAN AALTON et al. v. VIRGIL D. DARDI et al.— Motion granted and the interim stay contained in the order to show cause, dated May 29, 1959, is continued, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, with leave to the stockholder Auerbach to amend his complaint in the Delaware action, or to move for leave to do so. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LOUIS BERKLEY v. KORCAD CORPORATION.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten appellant's and respondent's points, on condition that appellant serves one copy of the typewritten appellant's points or briefs submitted below upon the attorney for the respondent and files six typewritten copies thereof, together with the original record, on or before noon on June 12, 1959, with notice of argument for June 19, 1959. The respondent is to serve one copy of his respondent's points or briefs submitted below on the attorney for the appellant and file six copies thereof on or before noon on June 17, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ PASQUALE E. MELE, as Executive Member of the Republican County Committee of Bronx County, for the 13th Executive District, Respondent, v. JOHN C. RYDER, Individually and as President of West Bronx Young Republican Club, et al.— Motion granted to the extent of dispensing with the printing of the record on appeal and the appellants' and respondent's points and permitting the appeal to be heard upon the original record and upon typewritten, mimeographed or multilithed appellants' and respondent's points, on condition that the appellants serve one copy of the appellants' points upon the attorney for respondent and file six copies thereof together with the original record with this court, on or before 4:00 P.M. on June 15, 1959, with notice of argument for June 19, 1959, respondent's points to be served and filed on or before 4:00 P.M. on June 17, 1959, and pending the hearing and determination of said appeal, the stay contained in the order to show cause dated June 8, 1959, is continued. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ PASQUALE E. MELE, as Executive Member of the Republican County Committee of Bronx County, for the 13th Executive District, Respondent, v. JOHN C. RYDER, Individually and as President of West Bronx Young Republican Club, et al.— Motion granted insofar as to permit movant, Association of New York State Republican Clubs, Inc. to file a brief *amicus curiæ* on or before June 19, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (June 12, 1959)

■ H. L. GREEN COMPANY, INC., Appellant, v. INDUSTRIAL DEVELOPMENT INC., Respondent, et al., Defendant.— Order appealed from reversed, on the law and on the facts, with $20 costs and disbursements to the appellant, the injunction vacated, and the motion for an injunction *pendente lite* denied,